# United States District Court
## Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>ISIDRO ARTURO CISNEROS-FLORES | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses Committed On or After November 1, 1987)<br><br>USDC Case Number: CR-08-00835-001 DLJ<br>BOP Case Number: DCAN408CR000835-001<br>USM Number: 14064-298<br>Defendant's Attorney: Ned Smock |

**THE DEFENDANT:**
[x] admitted guilt to violation of condition(s) <u>Charge 3 of Petition filed 12/14/10 regarding the term of</u> supervision.
[ ] was found in violation of condition(s) __ after denial of guilt.
[x] Counts 1, 2 and 4 of the Petition filed 12/14/10 are dismissed on the motion of the United States.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| Charge 3 | Violation of special condition number one to not commit another federal, state or local crime | 1/27/2010 |

The defendant is sentenced as provided in pages 2 through <u>2</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) __ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

March 15, 2012
Date of Imposition of Judgment

_[signature]_
Signature of Judicial Officer

Honorable Yvonne Gonzalez Rogers, U. S. District Judge
Name & Title of Judicial Officer

March 22, 2012
Date

| | | |
|---|---|---|
| DEFENDANT: | ISIDRO ARTURO CISNEROS-FLORES | Judgment - Page 2 of 2 |
| CASE NUMBER: | CR-08-00835-001 DLJ | |

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 30 days.
**Court orders that the defendant receive credit for time served**.
**No term of supervised release imposed**.

[ ]  The Court makes the following recommendations to the Bureau of Prisons:


[**x**]  The defendant is remanded to the custody of the United States Marshal. The appearance bond is hereby exonerated.

[ ]  The defendant shall surrender to the United States Marshal for this district.

   [ ] at ___ [] am [] pm on ___.
   [ ] as notified by the United States Marshal.

   The appearance bond shall be deemed exonerated upon the surrender of the defendant.

[ ]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   [ ] before 2:00 pm on ___.
   [ ] as notified by the United States Marshal.
   [ ] as notified by the Probation or Pretrial Services Office.

   The appearance bond shall be deemed exonerated upon the surrender of the defendant.

# RETURN

I have executed this judgment as follows:

_____
_____
_____

   Defendant delivered on_____ to _____

at _____ , with a certified copy of this judgment.


_____
UNITED STATES MARSHAL

By _____
Deputy United States Marshal